Form dna01−corpstmt (Rev. 5/16)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

**IN RE:**

    **John M. Martin**                                                        **CASE NO. 23−51453−KMS**

                                                                                    **CHAPTER 7**

**10,052, LLC**                                                                        **PLAINTIFF**

**VS.**                                                                          **ADV. PROC. NO. 23−06041−KMS**

**John M. Martin**                                                                    **DEFENDANT**

**To: Robert A. Byrd**

### Notice to File Corporate Ownership Statement

      Pursuant to Fed. R. Bankr. P. 7007.1 any corporation that is a party to an adversary proceeding, other than the debtor or a governmental unit, shall file a corporate ownership statement that identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no such entities to report.

      10,052, LLC, a corporation and a party in the above styled adversary proceeding, has failed to submit the required Corporate Ownership Statement.

      **You are hereby notified** that failure to file a Corporate Ownership Statement, on or before **December 27, 2023**, may result in a show cause hearing, at which the corporation will be required to appear through counsel, to show cause why sanctions should not be imposed for failure to comply with Fed. R. Bankr. P. 7007.1.

Dated: December 21, 2023                               Danny L. Miller, Clerk of Court
                                                                         U.S. Bankruptcy Court
                                                                         Dan M. Russell, Jr. U.S. Courthouse
                                                                         2012 15th Street, Suite 244
                                                                         Gulfport, MS 39501
                                                                        228−563−1790